UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES CHRISTIAN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIANCE SOLUTIONS GROUP, LLC D/B/A TALENTLAUNCH,<br><br>    Defendant. | Case No.: 1:24-cv-00456-PAB<br><br>District Judge Pamela A. Barker<br><br>Magistrate Judge Jonathan D. Greenberg |
| STEVE BUYCK, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TALENTLAUNCH, LLC, and ALLIANCE SOLUTIONS GROUP, LLC, all d/b/a TALENT LAUNCH,<br><br>    Defendants. | Case No.: 1:24-cv-00464-BMB<br><br>District Judge Bridget Meehan Brennan<br><br>Magistrate Judge Jennifer Dowdell Armstrong |
| CHARLES LELAND PERRY III, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIANCE SOLUTIONS GROUP, LLC D/B/A TALENTLAUNCH,<br><br>    Defendant. | Case No.: 1:24-cv-00535-PAB<br><br>District Judge Pamela A. Barker<br><br>Magistrate Judge James E. Grimes, Jr. |

**ORDER ON JOINT MOTION TO CONSOLIDATE**

Before the Court is the Plaintiffs' Unopposed Joint Motion to Consolidate three cases presently pending before this Court: *Christian v. Alliance Solutions Group, LLC d/b/a TalentLaunch*, No. 1:24-cv-00456 (N.D. Ohio), *Buyck v. TalentLaunch, LLC and Alliance Solutions Group, LLC, all d/b/a TalentLaunch*, No. 1:24-cv-00464 (N.D. Ohio) and *Perry v. Alliance Solutions Group, LLC d/b/a TalentLaunch*, No. 1:24-cv-00535 (N.D. Ohio), pursuant to Federal Rule of Civil Procedure 42(a). The Court finds that consolidation is appropriate. All actions involve common questions of law and fact, and consolidation will avoid unnecessary costs, resources, and delay. Further, consolidation will eliminate the possibility of inconsistent adjudications.

For good cause shown, the Court orders the *Christian, Buyck*, and *Perry* cases consolidated. All future filings should be made under the first-filed case number in *Christian*—Case No. 1:24-cv-00456 and under the new caption "*In re TalentLaunch Data Breach Litigation*".

Plaintiffs shall file the motion to appoint Interim Class Counsel within 14 days after the date of this order. Plaintiffs shall also file a Consolidated Amended Complaint within 30 days after the date of this Order. Defendant's response to the Consolidated Amended Complaint shall be due 60 days after the Plaintiffs file their Consolidated Amended Complaint.

**IT IS SO ORDERED.**

May 13, 2024
Date

*Pamela A. Barker*
Judge Pamela A. Barker