# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| *In re TalentLaunch Data Breach Litigation* | Case No.: 1:24-cv-0456 <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** |

Plaintiffs James Christian, Steve Buyck, Charles Leland Perry III, David Barker, and Amanda Lenz ("Plaintiffs") and Defendant Alliance Solutions Group, LLC d/b/a TalentLaunch ("TalentLaunch" or "Defendant") have continued to work on finalizing the settlement agreement in this matter, including exchanging drafts of the settlement agreement, short form and long form notices, and the proposed claim form. The Parties are close to finalizing the settlement agreement including jointly selecting a settlement administrator and expect that they will be in a position for Plaintiffs to file for preliminary approval of class action settlement on or before February 10, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Terence R. Coates* | */s/ Christopher G. Dean (per email authority)* |
| Terence R. Coates (0085579) | Christopher G. Dean (0092883) |
| **MARKOVITS, STOCK & DEMARCO, LLC** | Jennifer F. Phillips (0076769) |
| 119 East Court Street, Suite 530 | Sydney K. Bell (0103759) |
| Cincinnati, Ohio 45202 | **MCDONALD HOPKINS LLC** |
| Telephone: (513) 651-3700 | 600 Superior Avenue, Suite 2100 |
| Facsimile: (513) 665-0219 | Cleveland, Ohio 44114 |
| *tcoates@msdlegal.com* | (216) 430-2045 |
| | cdean@mcdonaldhopkins.com |
| Brian D. Flick (81605) | jphillips@mcdonaldhopkins.com |
| **DANNLAW** | sbell@mcdonaldhopkins.com |
| 15000 Madison Avenue | |
| Lakewood, Ohio 44107 | *Counsel for Defendant* |
| Telephone: (513) 645-3488 | |
| Facsimile: (216) 373-0536 | |
| *bflick@dannlaw.com* | |

Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI, PLLC**
One Magnificent Mile
980 North Michigan Avenue, Suite 1610
Chicago, Illinois 60601
Telephone: (872) 263-1100
Facsimile: 872) 263-1109
*cmiller@straussborrelli.com*

Christopher Wiest (0077931)
**Chris Wiest, Attorney at Law, PLLC**
50 E. Rivercenter Blvd, Ste. 1280
Covington, KY 41011
513-257-1895
*chris@cwiestlaw.com*

Mason A. Barney*
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: *barney@sirillp.com*
E: *tbean@sirillp.com*

Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
*gklinger@milberg.com*

Thomas A. Zimmerman, Jr. (*pro hac vice*)
Zimmerman Law Offices, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
*tom@attorneyzim.com*

*Counsel for Plaintiffs and the Putative Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2024, I served the foregoing upon counsel for all parties by filing it with the Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

/s/ *Terence R. Coates*
Terence R. Coates