# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| *In Re TalentLaunch Data Breach Litigation* | Case No. 1:24-cv-0456 |
| | Judge Pamela A. Barker |
| | Magistrate Judge Jonathan D. Greenberg |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Under Fed. R. Civ. P. 23(e), Plaintiffs James Christian, Steve Buyck, Charles Leland Perry, III, David Barker, and Amanda Lenz (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, hereby move this Court for Preliminary Approval of a proposed $1,225,000 non-reversionary common fund class action settlement.

In support thereof, Plaintiffs rely upon the accompanying Memorandum in Support of their Motion for Preliminary Approval of Class Action Settlement; the Settlement Agreement ("S.A.") attached as **Exhibit 1**; the Declaration of Terence R. Coates in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Coates Decl.") attached as **Exhibit 2**; the Declaration of Scott M. Fenwick of Kroll Settlement Administration, LLC, in Connection with Preliminary Approval of Settlement ("Kroll Decl.") attached as **Exhibit 3**; the records, pleadings, and papers filed in this action; and such other evidence or argument that may be presented to the Court.

A Proposed Order Granting Preliminary Approval to the Class Action Settlement is also attached as **Exhibit 4**.

Plaintiffs consulted with Defendant before filing this Motion and determined that this Motion is unopposed.

Dated: February 10, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Terence R. Coates*
　　　　　　　　　　　　　　　　　　　Terence R. Coates (0085579)
　　　　　　　　　　　　　　　　　　　**MARKOVITS, STOCK & DEMARCO, LLC**
　　　　　　　　　　　　　　　　　　　119 East Court Street, Suite 530
　　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　　　　　　Telephone: (513) 651-3700
　　　　　　　　　　　　　　　　　　　Facsimile: (513) 665-0219
　　　　　　　　　　　　　　　　　　　*tcoates@msdlegal.com*

　　　　　　　　　　　　　　　　　　　Brian D. Flick (0081605)
　　　　　　　　　　　　　　　　　　　**DANNLAW**
　　　　　　　　　　　　　　　　　　　15000 Madison Avenue
　　　　　　　　　　　　　　　　　　　Lakewood, Ohio 44107
　　　　　　　　　　　　　　　　　　　Telephone: (513) 645-3488
　　　　　　　　　　　　　　　　　　　Facsimile: (216) 373-0536
　　　　　　　　　　　　　　　　　　　*bflick@dannlaw.com*

　　　　　　　　　　　　　　　　　　　Cassandra P. Miller (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　**STRAUSS BORRELLI, PLLC**
　　　　　　　　　　　　　　　　　　　One Magnificent Mile
　　　　　　　　　　　　　　　　　　　980 North Michigan Avenue, Suite 1610
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　Telephone: (872) 263-1100
　　　　　　　　　　　　　　　　　　　Facsimile: 872) 263-1109
　　　　　　　　　　　　　　　　　　　*cmiller@straussborrelli.com*

　　　　　　　　　　　　　　　　　　　Tyler J. Bean*
　　　　　　　　　　　　　　　　　　　**SIRI & GLIMSTAD LLP**
　　　　　　　　　　　　　　　　　　　745 Fifth Avenue, Suite 500
　　　　　　　　　　　　　　　　　　　New York, New York 10151
　　　　　　　　　　　　　　　　　　　Tel: (212) 532-1091
　　　　　　　　　　　　　　　　　　　E: *tbean@sirillp.com*

　　　　　　　　　　　　　　　　　　　Gary M. Klinger
　　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
　　　　　　　　　　　　　　　　　　　227 W. Monroe Street, Suite 2100
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　Phone: (866) 252-0878
　　　　　　　　　　　　　　　　　　　*gklinger@milberg.com*

　　　　　　　　　　　　　　　　　　　Christopher Wiest (0077931)
　　　　　　　　　　　　　　　　　　　**CHRIS WIEST, ATTORNEY AT LAW, PLLC**
　　　　　　　　　　　　　　　　　　　50 E. Rivercenter Blvd, Ste. 1280

Covington, KY 41011
513-257-1895
*chris@cwiestlaw.com*

Thomas A. Zimmerman, Jr. (*pro hac vice*)
**ZIMMERMAN LAW OFFICES, P.C.**
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
*tom@attorneyzim.com*

*Counsel for Plaintiffs and the Putative Class*

\* Motion for Appearance *Pro Hac Vice* pending

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025, I served the foregoing upon counsel for all parties by filing it with the Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

/s/ *Terence R. Coates*
Terence R. Coates