# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| *In re TalentLaunch Data Breach Litigation* | Case No.: 1:24-CV-0456<br><br>**DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH PRELIMINARY APPROVAL OF SETTLEMENT** |

I, Scott M. Fenwick, hereby declare:

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the proposed Settlement Administrator to be appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with preliminary approval of the settlement.

2. Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities, labor and employment, consumer and government enforcement matters. Kroll has provided class action services in over 3,000 settlements varying in size and complexity over the past 50 years.

3. Kroll is prepared to provide a full complement of notification and claims administration services in connection with that certain Settlement Agreement entered into this Litigation, including dissemination of the Short Form Notice by mail, and through the use of a Settlement Website to be created in connection with this matter.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement as defined below.

- 1 -

DECLARATION OF SCOTT M. FENWICK IN CONNECTION WITH PRELIMINARY APPROVAL

4. It is Kroll's understanding that it will be provided with a Settlement Class List pursuant to the Settlement Agreement, and the which will contain a Class Member's full name, and current or last known address.

### CAFA Notice

5. On behalf of the Defendant, Kroll will provide notice of the proposed settlement pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715(b) (the "CAFA Notice"). At Defendant's Counsel's direction, Kroll will send the CAFA Notice, which identifies how to access required documents relating to the settlement, via first-class certified mail to (a) the Attorney General of the United States; and (b) the applicable state Attorneys General. The CAFA Notice will direct the recipients to the website www.CAFANotice.com, a site that will contain all the documents relating to the settlement referenced in the CAFA Notice.

### Notice by Mail

6. Kroll will work with Counsel for the Parties to format the Short Form Notice for mailing. Upon approval, Kroll will coordinate the preparation of Short Form Notice proofs for Counsel's review and final approval.

7. As required under paragraph 67, of the Settlement Agreement, Kroll will send the Short Form Notice by first-class mail to the physical addresses of Class Members who have a physical mailing address in the Settlement Class List to be provided by Defendant.

8. In preparation for the Short Form Notice mailing, Kroll will send the Settlement Class List through the United States Postal Service's ("USPS") National Change of Address ("NCOA") database. The NCOA process will provide updated addresses for Class Members who have submitted a change of address with the USPS in the last 48 months, and the process will also standardize the addresses for mailing. Kroll will then prepare a mail file of Class Members that are to receive the Short Form Notice via first-class mail.

9. As directed by Counsel, Short Form Notices returned by the USPS with a forwarding address will be automatically re-mailed to the updated address provided by the USPS.

10. As directed by Counsel, Short Form Notices returned by the USPS undeliverable as addressed without a forwarding address will be sent through an advanced address search process in an effort to find a more current address for the record. If an updated address is obtained through the advanced search process, Kroll will re-mail the notice to the updated address.

11. The Notice Plan as outlined in the Settlement Agreement is designed so that direct notice will likely reach at least 90% of the likely proposed Class Members. This reach rate projection is subject to the accuracy and quality of the data received, but many similar notice plans implemented by Kroll have achieved this reach rate. This reach rate is consistent with other court-approved, best-practicable notice programs and Federal Judicial Center Guidelines, which state that a notice plan that reaches over 70% of targeted Class Members is considered a high percentage and the "norm" of a notice campaign.[2]

**Settlement Website**

12. Kroll will work with Counsel to create a dedicated Settlement Website. The Settlement Website www.TLDataSettlement.com was agreed upon and approved by Counsel for the Parties. The Settlement Website will contain a summary of the Settlement, will allow Class Members to contact the Settlement Administrator with any questions or changes of address, provide notice of important dates such as the Final Approval Hearing, Claims Deadline, Objection Deadline, and Opt-Out Deadline, and provide Class Members who file Claim Forms online the opportunity to select an electronic payment method, including Venmo, Zelle, Paypal, ACH, or payment by check. The Settlement Website will also contain relevant case documents including Claim Form, Long Form Notice, Short Form Notice, this Settlement Agreement, Court documents

---

[2] Barbara Rothstein and Thomas Willging, Federal Judicial Center Managing Class Action Litigation: A Pocket Guide for Judges, at 27 (3d Ed. 2010).

DECLARATION OF SCOTT M. FENWICK IN CONNECTION WITH PRELIMINARY APPROVAL

related to the settlement, and any other materials agreed upon by Counsel for the Parties and/or required by the Court.

### Toll-Free Telephone Number

13. Kroll will also establish a toll-free telephone number for the settlement. The toll-free telephone number will allow Class Members to call and obtain information about the settlement through an Interactive Voice Response ("IVR") system and live operator option. Class Members may also request copies of the Long Form Notice and Claim Form, as well as the Settlement Agreement.

### Post Office Box

14. Kroll will designate a post office box with the mailing address TalentLaunch Data Breach Litigation, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391 in order to receive Requests for Exclusion, Claim Forms, and correspondence from Class Members.

### Reminder Notices

15. Under Paragraph 42 of the Settlement Agreement, forty-six (46) days after the Notice Date, Kroll will send Reminder Notices to the extent Class Counsel believes that such Reminder Notice is appropriate. The Reminder Notice will be sent to Class Members who have not yet submitted a Claim Form and have not opted out of the settlement. The Reminder Notice will be sent in the same manner as the initial Short Form Notices were sent and delivered.

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on February 10, 2025, in Inver Grove Heights, Minnesota.

_____
Scott Fenwick