**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| *In Re TalentLaunch Data Breach Litigation* | Case No. 1:24-cv-0456 |
| | Judge Pamela A. Barker |
| | Magistrate Judge Jonathan D. Greenberg |

**PLAINTIFFS' RENEWED UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to the Court's March 19, 2025, Order, and under Fed. R. Civ. P. 23(e), Plaintiffs James Christian, Steve Buyck, Charles Leland Perry, III, David Barker, and Amanda Lenz (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, hereby move this Court for Preliminary Approval of a proposed $1,225,000 non-reversionary common fund class action settlement.

In support thereof, Plaintiffs rely upon the Memorandum in Support of their Motion for Preliminary Approval of Class Action Settlement filed on February 10, 2025; the Declaration of Terence R. Coates in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Coates Decl.") filed on February 10, 2025; the Declaration of Scott M. Fenwick of Kroll Settlement Administration, LLC, in Connection with Preliminary Approval of Settlement ("Kroll Decl.") filed on February 10, 2025; Plaintiffs' Supplemental Memorandum in Support of Preliminary Approval of Class Action Settlement filed on March 18, 2025; the Declaration of Terence R. Coates in Support of Plaintiffs' Supplemental Memorandum in Support of Preliminary Class Action Settlement filed on March 18, 2025; the Court's March 19, 2025 Order; the Amended Settlement Agreement attached hereto in redline (**Exhibit 1**) and clean (**Exhibit 2**) copy; as well

as the records, pleadings, and papers filed in this action; and such other evidence or argument that may be presented to the Court.

A revised Proposed Order Granting Preliminary Approval to the Class Action Settlement is also attached as **Exhibit 3**.

Plaintiffs consulted with Defendant before filing this Motion and determined that this Motion is unopposed.

Dated: March 26, 2025

Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates (0085579)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
*tcoates@msdlegal.com*

Brian D. Flick (0081605)
**DANNLAW**
15000 Madison Avenue
Lakewood, Ohio 44107
Telephone: (513) 645-3488
Facsimile: (216) 373-0536
*bflick@dannlaw.com*

Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI, PLLC**
One Magnificent Mile
980 North Michigan Avenue, Suite 1610
Chicago, Illinois 60601
Telephone: (872) 263-1100
Facsimile: 872) 263-1109
*cmiller@straussborrelli.com*

Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: *tbean@sirillp.com*

Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
*gklinger@milberg.com*

Christopher Wiest (0077931)
**CHRIS WIEST, ATTORNEY AT LAW, PLLC**
50 E. Rivercenter Blvd, Ste. 1280
Covington, KY 41011
513-257-1895
*chris@cwiestlaw.com*

Thomas A. Zimmerman, Jr. (*pro hac vice*)
**ZIMMERMAN LAW OFFICES, P.C.**
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
*tom@attorneyzim.com*

*Counsel for Plaintiffs and the Putative Class*

*\* Motion for Appearance Pro Hac Vice* pending

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, I served the foregoing upon counsel for all parties

by filing it with the Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

/s/ *Terence R. Coates*
Terence R. Coates