# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| *In re TalentLaunch Data Breach Litigation* | Case No. 1:24-cv-0456<br><br>Judge Pamela A. Barker<br><br>Magistrate Judge Jonathan D. Greenberg |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS SETTLEMENT

Pursuant to Fed. R. Civ. P. 23(e), and the Settlement Agreement previously filed with the Court, Class Counsel respectfully request this Court grant final approval of this class action settlement and grant Plaintiffs' Motion for Attorneys' Fees and Class Representative Service Awards, the hearing on which is scheduled for August 12, 2025.

Supporting this Motion is the Declaration of Cassandra P. Miller in Support of Plaintiff's Motion for Final Approval (Exhibit 1) ("Miller Declaration"), and the Declaration of Patrick M. Passarella of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement (Exhibit 2) ("Kroll Declaration").

A Proposed Order Granting Final Approval, Class Counsel's Attorneys' Fees, and Class Representative Service Awards is also submitted herewith.

Dated: July 29, 2025

Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates (0085579)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

Brian D. Flick (0081605)
Marc E. Dann (0039425)
Marita I. Ramirez (0101882)
**DANNLAW**
15000 Madison Ave.
Lakewood, OH 44107
Phone: (216) 373-0539
Fax: (216) 373-0536
notices@dannlaw.com

Mason A. Barney
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Phone: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

Cassandra P. Miller*
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave. Ste. 1610
Chicago, IL 60611
Phone: (872) 263-1100
Fax: (872) 263-1109
cmiller@straussborrelli.com
raina@straussborrelli.com

*Admitted Pro Hac Vice*

*Counsel For Plaintiffs and the Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2025, I served the foregoing upon counsel for all parties by filing it with the Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Terence R. Coates*
Terence R. Coates (0085579)